USA-74-24B
(Rev. 05/01)

# SECOND AMENDED CRIMINAL DOCKET

**HOUSTON DIVISION**  No. 4:22CR261-S

USAO Number: 2022R03690
Magistrate Number: H-22-mj-1099

SUPERSEDING INDICTMENT  Filed 8-23-22  Judge: Lee H. Rosenthal

ATTORNEYS:

**Jennifer B. Lowery, USA**  **(713) 567-9000**

MICHAEL DAY, AUSA  (713) 567-9000

UNITED STATES of AMERICA
vs.

| Defendant | Attorney | Appt'd | Private |
|---|---|---|---|
| JIMMY CASTON BRYAN | Marjorie A. Meyers | ☑ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

**CHARGE:**
**(TOTAL)**
**(COUNTS:)**
**( 5 )**

Ct. 1: Possession with Intent to Distribute Methamphetamine [21 USC §§ 841(a)(1) and 841(b)(1)(B)]

Ct. 2: Possession with Intent to Distribute Cocaine [21 USC §§ 841(a)(1) and 841(b)(1)(C)]

Ct. 3: Possession with Intent to Distribute Heroin [21 USC §§ 841(a)(1) and 841(b)(1)(C)]

Ct. 4: Carry and Discharge a Firearm During and in Relation to a Drug Trafficking Crime [18 USC §§ 924(c)(1)(A) and 924(c)(1)(A)(iii)]

Ct. 5: Possession of a Firearm by a Convicted Felon [18 USC §§ 922(g)(1) and 924(a)(2)]

**PENALTY:**
Ct. 1: 5/40 yrs; a fine of up to $5,000,000; at least 4 years supervised release; $100 special assessment.
Ct. 2/3: 0/20 yrs; a fine of up to $1,000,000; at least 3 years supervised release; $100 special assessment.
Ct. 4: A term of imprisonment of not less than 10 years and up to life, to run consecutive; a fine of up to $250,000; up to five years supervised release; $100 special assessment.
Ct. 5: 0-10 yrs; a fine of up to $250,000; up to three years supervised release; $100 special assessment.

☒ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: